IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| ROBERT GREGORY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:22-cv-00308-HAB-SLC |
| v. | ) |
| | ) |
| SUCCESS MORTGAGE PARTNERS, INC., | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Come now the parties, by counsel, and hereby stipulate and agree that all pending actions herein be dismissed with prejudice, the same having been fully compromised and settled, costs paid.

SUCCESS MORTGAGE PARTNERS, INC.                BARRETT MCNAGNY LLP

By */s/ Madonna G. Blanchard*                By */s/ Anthony M. Stites*
  Madonna G. Blanchard                          Anthony M. Stites, I.D. #14078-71
  Success Mortgage Partners, Inc.               215 East Berry Street
  1200 S. Sheldon Rd; Suite 150                 P. O. Box 2263
  Plymouth, MI 48170                            Fort Wayne, Indiana 46801
  Phone (734) 335-4263                          Phone: (260) 423-9551
  mblanchard@smprate.com                        Fax: (260) 423-8920
  Attorney for Plaintiff                        ams@barrettlaw.com
                                                Attorney for Robert Gregory